UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:13-cr-297-T-30MAP

BEVERLY MCFADDEN

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 42) for the contents of Suncoast Credit Union account number 4346295, held in the name of Beverly McFadden, as a substitute asset in partial satisfaction of the defendant's $351,431.44 forfeiture money judgment.

Being fully advised of the relevant facts, the Court hereby finds that a Forfeiture Money Judgment was entered against the defendant in the amount of $351,431.44 and that the United States is entitled to substitute assets to satisfy that money judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 42) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B) of the Federal Rules of

Criminal Procedure, the defendant's interest in the substitute asset identified above is hereby forfeited to the United States for disposition according to law.

The United States shall credit the defendant's forfeiture money judgment with the net proceeds from bank account identified above.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 23rd day of June, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2013\13-cr-297 Suncoast bk acct.docx